# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Thomas Pelzer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:09-cv-3211-MBS-RSC |
| Penny Morton | ) | |
| *Defendant* | ) | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated. Summary Judgment is entered on behalf of the defendant. The plaintiff shall take nothing on his Complaint filed pursuant to Title 42 U.S.C.§ 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date:  October 29, 2010                                        *CLERK OF COURT*    Larry W. Propes

*Signature of Clerk or Deputy Clerk*